# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ULYSSES SIMMONS, JR.,**

        **Plaintiff,**

-vs-                                             **Case No. 6:06-cv-2-Orl-31KRS**

**MAUREEN MICHAELS,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Doc. No. 21)**
>
> **FILED:** March 14, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Court will treat the present motion filed by *pro se* Plaintiff Ulysses Simmons, Jr., as a response to Defendant, Maureen Michaels' Motion to Dismiss Plaintiff's Complaint (doc. no. 19). The Clerk of Court to directed to reflect on the docket that this motion is a response to the motion at document number 19.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties