# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ULYSSES SIMMONS, JR.,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-02-Orl-31KRS**

**CENTRAL FLORIDA KIDNEY CENTER
and MAUREEN MICHAELS,**

        **Defendants.**

_____

## ORDER

Defendant, Maureen Michaels, has moved to Dismiss Plaintiff's Complaint (Doc. 19). Plaintiff has not responded thereto. Accordingly, it is

**ORDERED** that Defendant's Motion is GRANTED, as unopposed. Plaintiff's Complaint is hereby DISMISSED. Plaintiff may, within 15 days, file an amended complaint which cures the deficiencies noted in Defendant's Motion to Dismiss.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 3, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party