**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ULYSSES SIMMONS, JR.,**

      **Plaintiff,**

-vs-                                   **Case No. 6:06-cv-2-Orl-31KRS**

**MAUREEN MICHAELS,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT, MAUREEN MICHAELS', MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Doc. No. 19)
>
> **FILED:** March 8, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

On April 14, 2006, Plaintiff Ulysses Simmons, Jr. filed an "Amended Complaint" in this matter. Doc. No. 27.[1] The Amended Complaint addresses many of the concerns raised by Defendant Maureen Michaels in her motion to dismiss. Hence, it is appropriate to permit Michaels to file a renewed motion to dismiss directed towards the allegations set forth in Simmons' Amended Complaint.

---

[1] Although this document is styled as an "Amended Complaint," it is actually the second Amended Complaint Simmons has filed in this matter.

The deadline for Michaels to answer or otherwise respond to Simmons' Amended Complaint (doc. no. 27) is extended to May 15, 2006. No other deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

Furthermore, Simmons is advised that he may not file another Amended Complaint in this matter without obtaining leave of court to do so. Specifically, Federal Rule of Civil Procedure 15(a) provides, in relevant part, as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

*Id*.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties