# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ULYSSES SIMMONS, JR.,**

       **Plaintiff,**

**-vs-**                                                           **Case No. 6:06-cv-2-Orl-31KRS**

**MAUREEN MICHAELS,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED WITH DISCOVERY (Doc. No. 29)** |
| **FILED:** | May 4, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Discovery cannot begin until after the parties meet to prepare the Case Management Report.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties