**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ULYSSES SIMMONS, JR.,**

    **Plaintiff,**

-vs-                    **Case No. 6:06-cv-2-Orl-31KRS**

**MAUREEN MICHAELS,**

    **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (Doc. No. 31)**
>
> **FILED:**   May 15, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Defendant's motion (Doc. 31) was filed on May 15, 2006 and appears meritorious. Pursuant to Local Rule 3.01(b) and Federal Rule of Civil Procedure 6, the Plaintiff's response was due on or before June 2, 2006. As of this date, no response has been filed. In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion to Dismiss (Doc. 31) is

**GRANTED**, and the Plaintiff's Second Amended Complaint (Doc. 27) is **DISMISSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 9, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party